**Order entered April 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00088-CV

### IN THE ESTATE OF ROBERT S. KAM, DECEASED

**On Appeal from the Probate Court No. 3
Dallas County, Texas
Trial Court Cause No. PR-11-1368-3**

## ORDER

We **GRANT** the April 1, 2014 motion of attorney John Shumaker to withdraw as counsel for appellant. We **DIRECT** the Clerk of this Court to remove John Shumaker as counsel for appellant.

Our records reflect that attorney Don D. Ford, III is counsel for appellant. If this is incorrect, Don D. Ford, III needs to file a motion to withdraw.

/s/     ADA BROWN
        JUSTICE